UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL H. GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>DR. DAVID G. SMITH, et al.,<br><br>    Defendants. | **CASE No. 1:16-cv-999-MJS (PC)**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS**<br><br>**(ECF NO. 9)**<br><br>**CLERK TO CLOSE CASE** |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned. (ECF No. 6.) On September 30, 2016, Plaintiff's complaint was screened and dismissed with leave to amend for failure to state a claim. (ECF No. 8.) Plaintiff has now filed a motion to dismiss, which the Court construes as a notice of voluntarily dismissal pursuant to Federal Rule of Civil Procedure 41(a).

Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's November 2, 2016, motion to dismiss (ECF No. 9) is GRANTED, and this case is dismissed.

IT IS SO ORDERED.

Dated:  November 8, 2016            /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE